IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIO MELENDEZ

Petitioner

vs                                                    CIVIL 98-1925CCC

U.S. MARSHAL SERVICE and
S.P. MANAGEMENT CORP.

Respondents

## ORDER

Having considered the Plaintiff's Response to the Court's Notice to File Certified Ledger Sheet (**docket entry 11**), the same is NOTED. In said motion, petitioner claims that he has submitted the filing fee of $150.00, but that it was credited to another action also filed by him, Civil No. 97-1840(CCC). It appears that said case, being a <u>pro se</u> motion under 28 U.S.C. §2255, did not require the payment of filing fees. But, a money order mailed by petitioner was, apparently by mistake, considered by the Clerk as payment for the filing fees in said action (<u>see</u> docket entry 4 of Civil No. 97-1840(CCC)). Thus, the Clerk of Court shall credit the $150.00 already paid by petitioner on February 22, 1999 and improperly applied in Civil No. 97-1840(CCC) to the filing fees required in this case.

In view of petitioner's payment of the required filing fees, his application to proceed in forma pauperis and/or motion requesting payment of the filing fees in installments (**docket entry 7**) is MOOT.

SO ORDERED.

At San Juan, Puerto Rico, on September 13, 1999.

CARMEN CONSUELO CEREZO
United States District Judge