IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIO MELENDEZ

Plaintiff

vs                                          CIVIL 98-1925CCC

U.S. MARSHAL SERVICE and
S.P. MANAGEMENT CORP.

Defendants

## JUDGMENT

For the reasons stated in our Opinion and Order of this same date, it is hereby ORDERED AND ADJUDGED that this case be DISMISSED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 31, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)