IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                              May 11, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIO MELENDEZ

vs                                                  CIVIL 98-1925CCC

US MARSHAL SERVICE, et al



By order of the Court, the Request for Extension of Time to File Opposition to Motion Under Rule 60(b) (**docket entry 19**) is GRANTED, term to expire on May 18, 2000. Parties to be notified.

                                                    ⁓ - Secretary


