IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                February 22, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIO MELENDEZ

vs                                           CIVIL 98-1925CCC

UNITED STATES MARSHAL SERVICE, et al

By order of the Court, plaintiff's Motion for Extension of Time and Plaintiff's Change of Address (**docket entry 22**) is MOOT and NOTED. The docket shall so reflect.

─ Secretary

s/cs:to ( 2 )
attys/pts
in ICMS

FEB 2 8 2001