Mr. Mario E. Torres Melendez
Reg#06980-069-Dorm-207
Duluth Federal Prison Camp
P.O. Box 1000
Duluth MN 55814



RECEIVED AND FILED
2008 JAN 24 AM 10: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Honorable Carmen Consuelo Cerezo
CH-131 Clements Ruiz Nazario
United States Courthouse
150 Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1764

January 13, 2008

RE: MARIO MELENDEZ V. U.S. MARSHALL SERVICE et al.
Civil Case #98-1925CCC

Dear Honorable Judge:

On October 29, 2007, I submitted a letter to your Honorable requesting documentations indicating or detailing "what was found on my property "Lot #3" which initialed the forfeiture of my property. Since this date I have neither gotten a reply from your Honorable Judge nor the United States Prosecutor in this case.

I request that you please furnish me with the requested legal documents. Thank you for your prompt attention to this serious matter. I will anxiously be waiting for said documents.

Sincerely,
Mario E. Torres Melendez

CC: Copy

Pedro Velez
U.S. Marshal
U.S. Courthouse
150 Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918-1764