Mr. Mario E. Torres Melendez
Reg#06980-069-Dorm-207
Duluth Federal Prison Camp
P.O. Box 1000
Duluth MN 55814

                            Honorable Carmen Consuelo Cerezo
                            CH-131 Clemente Ruiz Nazario
                            United States Courthouse
                            150 Carlos Chardon Avenue
                            Hato Rey, Puerto Rico 00918-1764

October 29, 2007

RE: MARIO   MELENDEZ V. U.S. MARSHALL SERVICE et al.
Civil Case #98-1925CCC

Dear Honorable Judge:

I have recently been furnished with an Order and Judgment made by your Honorable on March 31, 2000. Please See Attachments For Easy Reference.'

This letter is simply to request from your Honorable legal documentation which I was never furnished with, detailing what was found on my property "Lot #3" which initialed the forfeiture of that property. Please See Attachment Order Where It Refers To Lot #3.

These documents I am referring to in this letter have never been furnished to me or to any other interest party.

Thank you for your assistance in this serious matter. I will anxiously be waiting for the requested documents and or reply.

Sincerely

Mario E. Torres Melendez

cc; copy
enclosure/5
METM