Mr. Mario E. Torr(
Reg#06980-069-Dor(
Duluth Federal Pr:
P.O. Box 1000
Duluth MN 55814

RECEIVED
JAN 18 2008
CHAMBERS OF JUDGE
CARMEN C. CEREZO

7006 2150 0005 7050 5104



CERTIFIED MAIL

Honorable Carmen Consuelo Cerezo
CH-131 Clemen's Ruiz Nazario
United States Courthouse
150 Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918

